ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2014 AUG 22 PM 3:31
DEPUTY CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| NOREEN E. WATSON | 3 - 14 CR - 3 2 9 - N |

INFORMATION

The United States Attorney charges:

Count One
Unlawfully Obtaining Information from a Department or Agency of the United States
(18 U.S.C. §§ 1030(a)(2)(B) and (c)(2)(A))

On or about March 20, 2014, in the Dallas Division of the Northern District of Texas and elsewhere, defendant **Noreen E. Watson**, unlawfully, intentionally, and knowingly did access a computer without authorization and in excess of authorized access, and did thereby obtain information from a department or agency of the United States, to wit, Watson, while employed by the Federal Bureau of Prisons, accessed without authorization and in excess of authorized access a computer system that contained information maintained by the Federal Bureau of Prisons, and obtained and altered information regarding an indebtedness obligation of an individual, R. W.

In violation of 18 U.S.C. §§ 1030(a)(2)(B) and (c)(2)(A).

Information (Watson) - p. 1

Count Two
Unlawfully Obtaining Information from a Department or Agency of the United States
(18 U.S.C. §§ 1030(a)(2)(B) and (c)(2)(A))

On or about April 7, 2014, in the Dallas Division of the Northern District of Texas and elsewhere, defendant **Noreen E. Watson**, unlawfully, intentionally, and knowingly did access a computer without authorization and in excess of authorized access, and did thereby obtain information from a department or agency of the United States, to wit, Watson, while employed by the Federal Bureau of Prisons, accessed without authorization and in excess of authorized access a computer system that contained information maintained by the Federal Bureau of Prisons, and obtained and altered information regarding an indebtedness obligation of an individual, N. W.

In violation of 18 U.S.C. §§ 1030(a)(2)(B) and (c)(2)(A).


SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
PAUL YANOWITCH
Assistant United States Attorney
Illinois State Bar No. 6188269
1100 Commerce St., Suite 300
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.2846
paul.yanowitch@usdoj.gov